IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY BYRON TEAGUE #168828, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.  2:13cv-703-WHA |
| | ) | |
| D. T. MARSHALL, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #21), entered on February 18, 2014, and after a review of the file in this case, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

DONE this 13th day of March, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE